**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
STEFANIE LALLI,

                Plaintiff,                      24 **CIVIL** 7355 (VF)

      -v-                                    **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 10, 2024, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:** New York, New York
          December 10, 2024

                                                          **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                                **BY:**             K. Mango
                                                          **Deputy Clerk**